United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JUSTIN,<br>Plaintiff,<br>v.<br>DONALD TRUMP JR.,<br>Defendant. | Case No. 25-cv-03787-LJC<br><br>**REPORT AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 4 |

On May 7, 2025, the undersigned magistrate judge issued an Order to Show Cause why pro se Plaintiff Malik Justin's Application to Proceed in Forma Pauperis should not be denied and why, if he was able to establish eligibility to proceed in forma pauperis, his Complaint should not be dismissed under 28 U.S.C. § 1915(e)(2)(B). ECF No. 4. Plaintiff's deadline to respond was set for May 28, 2025. The undersigned advised Plaintiff that, if he failed to respond by the deadline, she could recommend dismissal of the case for failure to prosecute. *Id.* at 3.

The May 28, 2025 deadline has now passed and Plaintiff has not filed a response. Accordingly, the undersigned recommends that the case be DISMISSED without prejudice for failure to prosecute and failure to comply with a court order, and for failure to state a claim on which relief may be granted as discussed in the Order to Show Cause. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."); *Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) ("A trial court may dismiss a claim sua sponte under Fed.R.Civ.P. 12(b)(6)."). The Court need not reach the defects in Plaintiff's Application to Proceed in Forma Pauperis.

Because not all parties have appeared and consented to the jurisdiction of a magistrate

judge under 28 U.S.C. § 636(c), the Clerk is instructed to reassign this case to a district judge for all further proceedings, including action on this recommendation for dismissal. Plaintiff may file an objection to this recommendation no later than fourteen days after he is served with a copy of this Report. *See* 28 U.S.C. § 636(b)(1).

**IT IS SO ORDERED.**

Dated: June 5, 2025

LISA J. CISNEROS
United States Magistrate Judge