UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK JUSTIN,
Plaintiff,
v.
DONALD TRUMP JR.,
Defendant.

Case No. 25-cv-03787-EKL

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 5

Plaintiff Malik Justin ("Plaintiff") filed this action in *pro se* against defendant Donald Trump Jr. in the Northern District of California, asserting claims for stalking and patent infringement. ECF No. 1. Plaintiff also filed an application to proceed in forma pauperis ("IFP"). ECF No. 2.

On May 7, 2025, the Honorable Lisa J. Cisneros issued an order to show cause as to why Plaintiff's IFP application should not be denied for failure to provide sufficient information and why this case should not be dismissed for failure to state a claim. ECF No. 4 at 2; *see also* 28 U.S.C. § 1915(e)(2)(B) (stating that, regardless of any filing fee, the court shall dismiss a case upon determining that the case "fails to state a claim on which relief may be granted."). A deadline to respond to the order was set for May 28, 2025. *Id.* at 3. As of the date of this order, Plaintiff has not filed a response.

On June 5, 2025, Judge Cisneros issued a Report and Recommendation that the case be DISMISSED without prejudice for failure to prosecute. ECF No. 5 at 1. No party filed an objection. The Court finds the Report and Recommendation correct and well-reasoned, and

United States District Court
Northern District of California

adopts it in every respect.

Accordingly, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: July 1, 2025

Eumi K. Lee
United States District Judge